**592**

for the court to do but execute the judgment.'" (citation omitted)).

The Court of Federal Claims had not entered or announced a judgment before DuMonde filed his appeal. Because the complaint was pending in the Court of Federal Claims, we must dismiss the appeal. The court notes that the Court of Federal Claims subsequently entered final judgment in this matter on July 8, 2009.

Accordingly,

IT IS ORDERED THAT:

(1) The United States' motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) DuMonde's motion for leave to proceed in forma pauperis is denied as moot.

ON MOTION

*ORDER*

The parties jointly move to dismiss and remand this appeal to the Trademark Trial and Appeal Board of the United States Patent and Trademark Office (TTAB).

Dismissal and remand are mutually exclusive dispositions. It appears that the parties seek remand for further proceedings before the TTAB.

Accordingly,

IT IS ORDERED THAT;

(1) The motion to remand is granted. Each side shall bear its own costs.

(2) The motion to dismiss is denied as moot.

---

**MITSUBISHI MOTORS NORTH AMERICA, INC., Appellant,**

v.

**MONACO COACH CORPORATION, Appellee.**

No. 2009–1077.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

David M. Kelly, Finnegan, Henderson, Farabow, Washington, DC, for Appellant.

Mark J. Liss, Leydig, Voit & Mayer, Ltd., Chicago, IL, for Appellee.

**BARD PERIPHERAL VASCULAR, INC. and David Goldfarb, M.D., Plaintiffs/Counterclaim Defendants–Appellants,**

and

**C.R. Bard, Inc., Counterclaim Defendant,**

v.

**W.L. GORE & ASSOCIATES, INC., Defendant–Counterclaimant–Appellee.**

No. 2009–1359.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

